# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 14, 2021

## NO. 03-21-00011-CV

**CITGO Petroleum Corporation, Appellant**

**v.**

**Glenn Hegar, Comptroller of Public Accounts of The State of Texas; and Ken Paxton, Attorney General of The State of Texas, Appellees**

### APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on November 16, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.